IRIS SECURITIES COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8494.

Circuit Court of Appeals, Ninth Circuit.

Feb. 7, 1937.

John C. Altman, of San Francisco, Cal., for petitioner.

James W. Morris, Asst. Atty. Gen., for respondent.

Before WILBUR, MATHEWS, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.

H. W. KELLER v. James M. HALL.

No. 8697.

Circuit Court of Appeals, Ninth Circuit.

March 9, 1938.

Knapp, Boyle & Thompson, of Tucson, Ariz., and David R. Faries, of Los Angeles, Cal., for appellant.

Leslie C. Hardy, of Phoenix, Ariz., and Otto E. Myrland and Ben Shantz, both of Tucson, Ariz., for appellee.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of respective parties, and their counsel, ordered decree of the District Court herein reversed, and that this cause be remanded to the said District Court for a new trial, that each party bear his own costs on appeal, that a decree be filed and entered accordingly, and mandate of this court herein issue forthwith.

In the Matter of the Petition of the KELLOGG STEAMSHIP CORPORATION, as Chartered Owner of the Steam Tank Vessel THE DORIS KELLOGG, Her Tackle, Apparel, Furniture, etc., for Exemption from or Limitation of Liability; Kellogg Steamship Corporation, Appellant.

No. 32.

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1938.

Charles R. Hickox and James H. Herbert, both of New York City, for petitioner.

Hunt, Hill & Betts, of New York City (John W. Crandall and Frank J. Zito, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree, 18 F.Supp. 159, affirmed.